IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONTA JENKINS,

    Plaintiff,

v.                                                                                        Case No.  22-cv-190-bbc

STATE OF WISCONSIN CHILD
SUPPORT AGENCY,

    Defendant.

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | May 4, 2022 |
|---|---|
| Joel Turner, Clerk of Court | Date |